BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: HOTEL BOOKING ADA LITIGATIONS             MDL No. 2978

**PLAINTIFF'S NOTICE OF DECISION BY SEVENTH CIRCUIT**

Plaintiff, by and through undersigned counsel, hereby Notifies this Panel of a recent action taken by the Seventh Circuit Court Of Appeals.

In *Laufer v. Michael Rasmus[1] and Carrier Accommodations*, No. 21-8003 (7th Circuit), two defendants appealed a series of decisions rendered in the United States District Court For the Western District Of Wisconsin ruling that Plaintiff Laufer has standing to sue. See, e.g. *Laufer v. Rasmus*, 3:20-cv-680 (W.D. Wis.) and *Laufer v. Lily Pond*, 2020 U.S. Dist. Lexis 244506, at *14 (W.D. Wis. 12/30/2020).

By Order dated January 28, 2021, the Seventh Circuit stayed the defendants' appeal pending the resolution of these proceedings. See Exhibit A attached hereto. In this regard, the Seventh Circuit stated:

> The respondent has informed us that this case is one of several being considered by the Judicial Panel on Multidistrict Litigation for consolidation and transfer. Accordingly, we stay resolution of the petition for permission to appeal.

Previously, the Western District of Wisconsin issued an order staying all proceedings in that District until the Seventh Circuit ultimately rules in the *Rasmus* appeal. See, e.g., *Lily Pond*, 2020 U.S. Dist. Lexis 244506, at *14.

---

[1]This is the same party who filed a brief in the instant proceedings indicating his opposition to Attorney Roth's and Hotels And Stuff's motions.

1

From the moment Attorney John Allen Roth and Hotels And Stuff filed their series of motions and thus commenced these proceedings, their frivolous actions were a complete nuisance and exponentially multiplied the expenditure of attorneys fees for not only the undersigned, but also counsel for every other defendant in every action which Roth and his client dragged into these proceedings.

Now however, by virtue of the recent ruling of the Seventh Circuit, Attorney Roth and his client are now actively interfering with the just and speedy resolution of other cases. By their actions, Roth and his client are now causing irreparable harm by thwarting other proceedings. Because of Mr. Roth and his client, the Seventh Circuit has halted proceeding on a critical appeal and the entire Western District of Wisconsin has halted proceeding on its ADA cases.

Thus, Mr. Roth and his client have now succeeded in expanding the damages caused by their baseless actions by actively interfering with other court cases, including a Court of Appeals.

Mr. Roth's and his clients central arguments are (1) that we are no good and (2) that the named defendants are mere shills when the real defendants should instead be Expedia and Booking.com. However, while some district courts have disagreed with Plaintiff's right to sue, others have agreed with Plaintiff's right to sue. As the *Lily Pond* Court pointed out, district courts have conflicting opinions on this point. Moreover, Expedia and Booking.com can NOT be named as parties. This Panel has already been fully briefed on these points and Mr. Roth has failed to present even a colorable argument in support of his claims.

Indeed, Mr. Roth previously notified this Panel of the Seventh Circuit's decision with an obvious degree of pride that his frivolous actions are causing damage.

For the foregoing reasons, Plaintiff respectfully requests that this Panel act expeditiously

in denying Mr. Roth's frivolous motions and dismissing these proceedings, so that other courts may then proceed.

                                                      Respectfully submitted,

                                                     By: /s/ Thomas B. Bacon
Thomas B. Bacon, P.A.
644 N. McDonald Street
Mt. Dora, FL 32757
tbb@thomasbaconlaw.com
954-478-7811